BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00721 SBA |
| ) | |
| Plaintiff, ) | ORDER FOR CONTINUANCE AND |
| ) | EXCLUSION OF TIME UNDER THE |
| vs. ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET |
| ) | SEQ. |
| CHARLES ZELL DANIELS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from October 27, 2009 until November 10, 2009 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case.

2. Given counsel's need to review discovery, the warrant affidavit, and recently taken photos of the evidence, additional time is needed for effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

1

1  speedy trial act, 18 U.S.C. Section 3161(H) (7)(A) from October 27, 2009 until November 10,
2  2009.
3       IT IS FURTHER ORDERED that the STATUS HEARING date of October 27, 2009,
4  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset
5  for November 10, 2009 at 9:00 a.m.
6  DATED:10/26/09

                                    _____*Saundra B Armstrong*_____
                                    HON. SAUNDRA BROWN ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE

2