BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00721 SBA |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| vs. | |
| CHARLES ZELL DANIELS, | |
| Defendant. | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from March 9, 2010 until May 11, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because counsel are still investigating and sharing information regarding an unresolved restitution issue.

2. The proposed plea agreement remains under advisement by the Court. The Probation Officer requires additional time to prepare a Pre-Plea report in this case, and the Court cannot complete its consideration of the plea agreement until the report is completed.

1

3.  Defense counsel is scheduled to be in Jury Trial in this Court commencing March 8, 2010; thus continuity of counsel also justifies a continuance of this matter.

4.  Given counsels' need for further investigation and sharing of information regarding restitution, the Probation Officer's need for further time to prepare the Pre-Plea Report, Defense Counsel's unavailability, and Court's continued consideration of the proposed plea agreement, additional time is needed for effective preparation of counsel, continuity of counsel, and consideration of the plea agreement by the court.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (1)(G) and (7)(A) from March 9, 2010 until May 11, 2010.

IT IS FURTHER ORDERED that the SENTENCING HEARING date of March 9, 2010, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for May 11, 2010 at 10:00 a.m.

DATED:3/1/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE