BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES ZELL DANIELS,<br><br>    Defendant. | No. CR-09-00721 SBA<br><br>ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from May 11, 2010 until June 8, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because counsel are still investigating and sharing information regarding an unresolved restitution issue. Counsel are working to resolve which items may be forfeited out of a number of valuable items seized in this case.

2. The proposed plea agreement remains under advisement by the Court.

4. Given counsels' need for further investigation and sharing of information regarding

1

1  restitution, and the Court's continued consideration of the proposed plea agreement, additional
2  time is needed for effective preparation of counsel, continuity of counsel, and consideration of
3  the plea agreement by the court.
4      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the
5  speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(4) from May 11, 2010
6  until June 8, 2010.
7      IT IS FURTHER ORDERED that the SENTENCING HEARING date of May 11, 2010,
8  scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset
9  for June 8, 2010 at 10:00 a.m.
10 DATED:5/6/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE