UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-0721 SBA |
| Plaintiff, | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| CHARLES ZELL DANIELS, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on or about June 29, 2010, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Smith & Wesson .22 caliber handgun, model 2214, serial number UAA0581

b. Smith & Wesson .40 caliber handgun, model SW40VE serial number RBP3215;

c. Marlin .450 caliber rifle, model 1895M, serial number 00081629;

d. SKS 7.62 caliber rifle, serial number HK2984;

e. Ammunition seized from my residence;

f. Financial profiles of identity theft victims;

g. 10K white gold bracelet with three rows of circular diamonds, seizure ID 7831;

h. Yellow colored ornate crucifix, seizure ID 1385;

i. Stainless steel square tri-colored bracelet, seizure ID 7832;

j. 10K yellow gold ring with tri color top, seizure ID 1386;

k. 10K box chain with prayer hands pendant with diamond chips, seizure ID 1382;

l. 10K box chain with 10K cross with diamond chips, seizure ID 1383;

m. ICE Time watch with diamond bezel, seizure ID 7833;

n. 10K ring with square face, embedded clear stones, seizure ID 4928; and

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this __1ST__ day of __JULY__ 2010.

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge