BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00721 SBA |
| Plaintiff, | ) ) | STIPULATION MODIFY RELEASE CONDITIONS; ORDER |
| vs. | ) ) | |
| CHARLES ZELL DANIELS, | ) ) | |
| Defendant. | ) ) | |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. Daniels to travel to Fresno, California from August 13, 2010 until August 15, 2010, and from there to Inglewood, California from August 15, 2010 through August 17, 2010, and from there to Mesa, Arizona to visit Mr. Daniels' father until August 18, 2010. The trip to Fresno is for a family reunion, and the trip to Inglewood is to visit an aunt who cannot attend the reunion. Mr. Daniels is to provide itinerary and contact information for the entire trip to his Pretrial Services Officer and report to any out of District Pretrial Services Office as directed by his Pretrial Services Officer. The Pretrial Officer may permit reasonable variations in these travel plans without seeking further leave of the court.

1

The Pretrial Services Officer has been contacted and does not object to the requested travel

DATED: 8/11/10

_____/S/_____
CHRISTINA MCCALL
Assistant United States Attorney

DATED: 8/11/10

_____/S/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Mr. Daniels

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ JOHN PAUL REICHMUTH

ORDER

IT IS HEREBY ORDERED that the release conditions in this case be modified to permit Mr. Daniels to travel to Fresno, California from August 13, 2010 until August 15, 2010, and from there to Inglewood, California from August 15, 2010 through August 17, 2010, and from there to Mesa, Arizona to visit Mr. Daniels' father until August 18, 2010. The Pretrial Officer may permit reasonable variations in these travel plans without seeking further leave of the court. Mr. Daniels is ORDERED to provide itinerary and contact information for the entire trip to his Pretrial Services Officer and report to any out of District Pretrial Services Office as directed by his Pretrial Services Officer.

Dated: 8/12/2010

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

2