UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                             )<br>           Plaintiff,           )<br>                             )<br>   v.                        )<br>                             )<br>CHARLES ZELL DANIELS,            )<br>                             )<br>           Defendant.           )<br>_____) | Case No.  CR 09-0721 SBA<br><br>**FINAL ORDER OF FORFEITURE** |

On July 2, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, Financial profiles of identity theft victims, 10K white gold bracelet with three rows of circular diamonds, seizure ID 7831; Yellow colored ornate crucifix, seizure ID 1385; Stainless steel square tri-colored bracelet, seizure ID 7832; one Gateway tower PC, serial number 0014131107; 10K yellow gold ring with tri color top, seizure ID 1386; 10K box chain with prayer hands pendant with diamond chips, seizure ID 1382; 10K box chain with 10K cross with diamond chips, seizure ID 1383; ICE Time watch with diamond bezel, seizure ID 7833; and 10K ring with square face, embedded clear stones, seizure ID 4928, pursuant to Title 18, United States Code, Section 982(a)(2)(b) and Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

1  THEREFORE, it is ordered that the above-described property shall be forfeited to the
2 United States, pursuant to Title 18, United States Code, Section 982(a)(2)(b) and Title 21, United
3 States Code, Section 853.  All right, title, and interest in said property is vested in the United
4 States of America.  The appropriate federal agency shall dispose of the forfeited property
5 according to law.

7 Dated: 3/15/11

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge