STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DANIELS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00721 SBA (KAW) |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES ZELL DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS/SUBMISSION OF FINANCIAL AFFIDAVIT HEARING date of April 21, 2014, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, be vacated and reset for April 24, 2014 at 9:30 a.m.

The reasons for this continuance are as follows: April 21, 2014 presents a potential scheduling conflict for defense counsel, who will be traveling from out of state.

DATED: April 18, 2014

                                                                          /s/
                                      CHRISTINA MCCALL
                              Assistant United States Attorney

DATED: April 18, 2014

                                      /s/
                            JOHN PAUL REICHMUTH
                            Assistant Federal Public Defender
                            Counsel for Mr. Daniels

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby

ORDERED that the STATUS HEARING date of April 21, 2014, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, be vacated and reset for April 24, 2014 at 9:30 a.m.

DATED: 4/18/14

                            *Kandis Westmore*
                          HON. KANDIS A. WESTMORE
                          UNITED STATES MAGISTRATE JUDGE